**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  All Ways Concrete Pumping, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  75-3189046

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2682 Turnpike Road<br>Auburn, NY 13021<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cayuga<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.allwaysconcretepumping.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  All Ways Concrete Pumping, LLC                                           Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  All Ways Concrete Pumping, LLC _____  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 3

Debtor  All Ways Concrete Pumping, LLC _____  Case number (*if known*) _____
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  All Ways Concrete Pumping, LLC  
     Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 17, 2023  
                    MM / DD / YYYY

**X** /s/ Diana L. Sroka                         Diana L. Sroka  
Signature of authorized representative of debtor     Printed name

Title    President, Manager and Member

**18. Signature of attorney**

**X** /s/ Stephen A. Donato               Date February 17, 2023  
Signature of attorney for debtor                   MM / DD / YYYY

Stephen A. Donato  
Printed name

Bond, Schoeneck & King, PLLC  
Firm name

One Lincoln Center  
Syracuse, NY 13202  
Number, Street, City, State & ZIP Code

Contact phone (315) 218-8000      Email address sdonato@bsk.com

101522 (NDNY) NY  
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

**Fill in this information to identify the case:**

Debtor name: All Ways Concrete Pumping, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 17, 2023        **X** /s/ Diana L. Sroka
                                         Signature of individual signing on behalf of debtor

                                         Diana L. Sroka
                                         Printed name

                                         President, Manager and Member
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | All Ways Concrete Pumping, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Rentals 480 Grant Avenue Auburn, NY 13021 | | Trade debt | | | | $370.83 |
| Callahan Masonry Supply, Inc. 117 York Street Auburn, NY 13021 | | Trade debt | | | | $140.40 |
| Central Pension Fund Intern'l Union of Operating Engineers & Participating Emp 4115 Chesapeake Street, NW Washington, DC 20016 | | | Contingent Unliquidated Disputed | | | Unknown |
| Cintas 7655 Henry Clay Boulevard Liverpool, NY 13088 | | Trade debt | | | | $840.21 |
| Five Star Bank 55 North Main Street Warsaw, NY 14569 | | Credit card charges | | | | $1,999.58 |
| Interstate Reinforcing, Inc. 127 Blind Road Mexico, NY 13114 | | Trade debt | | | | $8,872.33 |
| Liberty Mutual Insurance P.O. 2839 New York, NY 10116-2839 | | Workers compensation premiums | | | | $2,258.66 |
| Local 106 Training & Apprenticeship Fund 44 Hannay Lane Glenmont, NY 12077 | | | Contingent Unliquidated Disputed | | | Unknown |

Debtor   All Ways Concrete Pumping, LLC   Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Montroy Development<br>P.O. Box 146<br>7884 Saintsville Road<br>Kirkville, NY 13082 | | Trade debt | | | | $2,330.86 |
| Noco Energy<br>2440 Sheridan Drive<br>Tonawanda, NY 14150 | | Trade debt | | | | $12,953.08 |
| Nordic Concrete Pumping Inc.<br>79 Ushers Road<br>Mechanicville, NY 12118 | | Trade debt | | | | $3,040.00 |
| NYS Department of Taxation & Finance<br>Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany, NY 12227 | | Sales Tax | | | | $2,207.03 |
| Pit Stop Convenience Stores<br>2737 Erie Drive<br>Weedsport, NY 13166 | | Trade debt | | | | $297.66 |
| Upstate New York Engineers Health Fund<br>101 Intrepid Lane<br>P.O. Box 100 - Colvin Station<br>Syracuse, NY 13205 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Upstate New York Engineers Pension Fund<br>101 Intrepid Lane<br>P.O. Box 100-Colvin Station<br>Syracuse, NY 13205 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Upstate New York Engineers S.U.B. Fund<br>101 Intgrepid Lane<br>P.O. Box 100-Colvin Station<br>Syracuse, NY 13205 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Upstate New York Engineers Training Fund<br>5612 Business Avenue<br>Cicero, NY 13039 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Debtor  All Ways Concrete Pumping, LLC                                   Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Upstate NY Operating Engineers,Local 158 27 Hannay Lane Glenmont, NY 12077 | | | Contingent Unliquidated Disputed | | | Unknown |

A1 Pumping
2682 Turnpike Road
Auburn, NY 13021

A1 Pumping LLC
2682 Turnpike Road
Auburn, NY 13021

Acadia Insurance Company
301 Plainield Road #250
Syracuse, NY 13212

American Rentals
480 Grant Avenue
Auburn, NY 13021

Bee Spider Free
5 Dennis Street
Auburn, NY 13021

Blitman & King LLP
Franklin Center - Suite 300
443 North Franklin Street
Syracuse, NY 13204-1415

Bowers & Company PLLC
120 Madison Street
1700 AXA Tower II
Syracuse, NY 13202

Callahan Masonry Supply, Inc.
117 York Street
Auburn, NY 13021

Canandaigua Concrete Pumping
3961 Middle Road
Canandaigua, NY 14424

Capezza Hill, LLP
30 South Pearl Street
P-110
Albany, NY 12207

```
Cayuga County Water & Sewer Authority
7413 County House Road
Auburn, NY 13021


Central Pension Fund Intern'l Union  of
Operating Engineers & Participating Emp
4115 Chesapeake Street, NW
Washington, DC 20016


Chase
P.O. Box 1423
Charlotte, NC 28201-1423


Cintas
7655 Henry Clay Boulevard
Liverpool, NY 13088


Colonial Supplemental Insurance Co.
Premium Processing
P.O. Box 903
Columbia, SC 29202-0903


Complete Payroll Processing
7488 State Route 39
P.O. Box 190
Perry, NY 14530-0190


Costello Cooney & Fearon, PLLC
211 W. Jefferson Street
Syracuse, NY 13202


Diana Sroka
2297 Reyer Road
Auburn, NY 13021


E&V Energy
5700 NY-34
Auburn, NY 13021


Eastern Managed Print Network
6800 Northern Boulevard
East Syracuse, NY 13057
```

Eastern Managed Print Network
1224 West Genesee Street
Syracuse, NY 13204


Excellus Health Plan
P.O. Box 5266
Binghamton, NY 13902


Extra-Mile Technology Services
1947 Gravel Road
Seneca Falls, NY 13148


Finger Lakes Communication
305 Clark Street
Auburn, NY 13021


Five Star Bank
55 North Main Street
Warsaw, NY 14569


Five Star Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


GPS Track It
20500 Belshaw Avenue
Carson, CA 90746


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Reinforcing, Inc.
127 Blind Road
Mexico, NY 13114


JLM Concrete Pumping
2857 Oneida Street
Sauquoit, NY 13456


Kenneth Sroka
2297 Reyer Road
Auburn, NY 13021

Liberty Mutual Insurance
P.O. 2839
New York, NY 10116-2839


Local 106 Training & Apprenticeship Fund
44 Hannay Lane
Glenmont, NY 12077


Montroy Development
P.O. Box 146
7884 Saintsville Road
Kirkville, NY 13082


Noco Energy
2440 Sheridan Drive
Tonawanda, NY 14150


Nordic Concrete Pumping Inc.
79 Ushers Road
Mechanicville, NY 12118


Northland Contracting Inc.
4735 W. Lake Road
Dunkirk, NY 14048


NYS Department of Taxation & Finance
Office of Counsel
Building 9, W A Harriman Campus
Albany, NY 12227


NYS Department of Taxation and Finance
Attn:  Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYSEG
P.O. Box 11745
Newark, NJ 07101-4745


Pit Stop Convenience Stores
2737 Erie Drive
Weedsport, NY 13166

Repair Plus LLC
2682 Turnpike Road
Auburn, NY 13021


Robinson Concrete
3486 Franklin Street Road
Auburn, NY 13021


Sangoma US Inc.
Digium Cloud
301 North Cattlemen Road, Suite 300
Sarasota, FL 34232


Smiley's Town & Country
7368 Owasco Road
Auburn, NY 13021


Sonitrol Services of New York
400 W. Division Street
Syracuse, NY 13204


Spectrum Business
Attn:  Business Services Customer Care
120 East 23rd Street, 8th Floor
New York, NY 10010


Spectrum Business
6931 Cherry Street Road
Attn:  Supervisor
Auburn, NY 13021


Superior Plus Energy Services
P.O. Box 981045
Boston, MA 02298-1045


Upstate New York Engineers Health Fund
101 Intrepid Lane
P.O. Box 100 - Colvin Station
Syracuse, NY 13205


Upstate New York Engineers Pension Fund
101 Intrepid Lane
P.O. Box 100-Colvin Station
Syracuse, NY 13205

```
Upstate New York Engineers S.U.B. Fund
101 Intgrepid Lane
P.O. Box 100-Colvin Station
Syracuse, NY 13205


Upstate New York Engineers Training Fund
5612 Business Avenue
Cicero, NY 13039


Upstate NY Operating Engineers,Local 158
27 Hannay Lane
Glenmont, NY 12077


Village Ace Hardware
2701 Erie Drive
Weedsport, NY 13166


Xerox Financial Services, LLC
201 Merritt 7
Norwalk, CT 06851
```