**Fill in this information to identify the case:**

Debtor name   All Ways Concrete Pumping, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   23-30069-5

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    Statement of Financial Affairs (Official Form 207)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March  3, 2023          **X** /s/ Diana L. Sroka
_____
Signature of individual signing on behalf of debtor

Diana L. Sroka
_____
Printed name

President, Manager and Member
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   All Ways Concrete Pumping, LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   23-30069-5

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................  $ 1,444,713.58

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $ 1,444,713.58

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ 2,345,750.50

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $ 2,219.03

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ 63,176.80

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b          $ 2,411,146.33

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | All Ways Concrete Pumping, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 23-30069-5 |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Checking Account with Five Star Bank | Operating | 2029 | $59,562.42 |
| 3.2. | Checking Account with Savannah Bank, N.A. | Operating | 0349 | $4,087.09 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            $63,649.51

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | Liability insurance through Acadia Insurance | $55,245.65 |
|---|---|---|

Debtor    All Ways Concrete Pumping, LLC                                    Case number *(If known)*  23-30069-5
_____Name_____

| | | |
|---|---|---|
| 8.2. | Bond, Schoeneck & King, PLLC retainer | $20,000.00 |

| | | |
|---|---|---|
| 8.3. | Newpoint Advisors retainer | $24,734.72 |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | $99,980.37 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 363,753.64 | - | 0.00 = .... | $363,753.64 |
| | | face amount | | doubtful or uncollectible accounts | |

| | | | | |
|---|---|---|---|---|
| | 11b. Over 90 days old: | 917,330.06 | - | 0.00 = .... | $917,330.06 |
| | | face amount | | doubtful or uncollectible accounts | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | $1,281,083.70 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | All Ways Concrete Pumping, LLC | Case number *(If known)* 23-30069-5 |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Miscellaneous office furniture consisting of, but not limited to, desks, shelving, chairs, applicances and benches | $7,413.05 | | Unknown |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous office equipment consisting of, but not limited to, computers, monitors. telephones and security systems | $6,968.75 | | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2017 Ford F550 (Vin No. 1FDUF5HT6HEF09130) | $0.00 | | Unknown |
| 47.2.  2015 Chevy Equinox (Vin No. 2GNFLFEK1F6101683) | $0.00 | | Unknown |
| 47.3.  2020 Chevy Silverado (Vin No. 1GCHTDEN8L1135909) | $7,765.83 | | Unknown |
| 47.4.  2021 Ford F150 (Vin No. 1FTMF1E52MKD97828) | $25,665.56 | | Unknown |

Debtor   All Ways Concrete Pumping, LLC _____   Case number *(if known)* 23-30069-5

Name

| 47.5. | 2022 Ford (Vin No. 1FT8X3BT9NEE34886) | $69,493.63 | | Unknown |
|---|---|---|---|---|
| 47.6. | 2008 Ford F350 (Vin No. 1FTWF31R78ED30451) | $360.00 | | Unknown |
| 47.7. | 2017 Peterbilt (Vin No. 2NP3LJ9X3HM420658) | $19,759.26 | | Unknown |
| 47.8. | 2015 Mack Truck (Vin No. 1M2AX07C8FM022891) | $0.00 | | Unknown |
| 47.9. | 2015 Mack Truck (Vin No. 1M2AX07CXFM022892) | $0.00 | | Unknown |
| 47.10. | 2015 Mack Truck (Vin No. 1M2X07C1FM022893) | $0.00 | | Unknown |
| 47.11. | 2022 Mack Truck (Vin No. 1M2GR2GC5NM027612) | $404,142.86 | | Unknown |
| 47.12. | 2017 Peterbilt (Vin N. 1NPCXPTX8HD420659) | $48,601.41 | | Unknown |
| 47.13. | 2019 Peterbilt (Vin No. 1NPCXPTX5KD271991) | $69,675.30 | | Unknown |
| 47.14. | 2019 Mack Truck (Vin No. 1M2TE4ZC2KM001013) | $633,928.57 | | Unknown |
| 47.15. | 2018 Peterbilt (Vin No. 3BPDXKEX4JF191912) | $101,428.56 | | Unknown |
| 47.16. | 2018 Peterbilt (Vin No. 3BPDXKEX4JF191911) | $101,428.56 | | Unknown |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
Miscellaneous machinery and equipment used in
the operation of the Debtor's business, including,
but not limited to, overhead doors, storage
containers, scissor lift, air compresser; excavator,
excavator bucket, ge saw, Wayne fuel system and
power edge                                                          $31,226.03                      Unknown

| Debtor | All Ways Concrete Pumping, LLC | | Case number *(If known)* 23-30069-5 |
| | Name | | |

| | | | |
|---|---|---|---|
| TP1 2012 Trailer Pump (Serial Number 2106T3281) | | $10,368.00 | Unknown |
| Generator | | $20,136.60 | Unknown |
| SkyTrack | | $68,180.40 | Unknown |
| Workshop container | | $65,321.28 | Unknown |
| Golf Cart | | $11,229.17 | Unknown |
| 2008 Genie Z80/60 | | $22,500.00 | Unknown |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Real property located at 2682 Turnpike Road, Auburn, New York 13021 | Leasehold interest | $235,369.39 | | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

| Debtor | All Ways Concrete Pumping, LLC | Case number *(If known)* | 23-30069-5 |
|---|---|---|---|
| | Name | | |

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** www.allwaysconcretepumping.com | $0.00 | | $0.00 |

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

| Debtor | All Ways Concrete Pumping, LLC | Case number *(If known)* | 23-30069-5 |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $63,649.51 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $99,980.37 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,281,083.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,444,713.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,444,713.58 |

**Fill in this information to identify the case:**

Debtor name    All Ways Concrete Pumping, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    23-30069-5

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **Five Star Bank** | Describe debtor's property that is subject to a lien | $583,923.93 | Unknown |
|---|---|---|---|---|

Creditor's Name

55 North Main Street
Warsaw, NY 14569

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2018 Putzmeister Concrete Pump and 2019 Mack Truck

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/27/21

**Last 4 digits of account number**
2440

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Five Star Bank** | Describe debtor's property that is subject to a lien | $403,436.99 | Unknown |
|---|---|---|---|---|

Creditor's Name

55 North Main Street
Warsaw, NY 14569

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2021 Putzmeister Concrete Pump and 2022 Mack Truck

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/29/21

**Last 4 digits of account number**
0081

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | All Ways Concrete Pumping, LLC | Case number (if known) | 23-30069-5 |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Five Star Bank | **Describe debtor's property that is subject to a lien** | $1,358,389.58 | Unknown |
|---|---|---|---|---|

Creditor's Name

All assets, including, accounts receivable,
inventory, accounts, cash, general intangibles,
furnishings, fixtures, equipment and patents

55 North Main Street
Warsaw, NY 14569

Creditor's mailing address

**Describe the lien**

Term Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

2/28/20

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

3380

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,345,750.50 |
|---|---|---|

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Phillips Lytle LLP<br>Attn:  Angela Miller, Esq.<br>One Canalside, 125 Main Street<br>Buffalo, NY 14203 | Line  2.1 | |
| Phillips Lytle LLP<br>Attn:  Angela Miller, Esq.<br>One Canalside, 125 Main Street<br>Buffalo, NY 14203 | Line  2.2 | |
| Phillips Lytle LLP<br>Attn:  Angela Miller, Esq.<br>One Canalside, 125 Main Street<br>Buffalo, NY 14203 | Line  2.3 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | All Ways Concrete Pumping, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 23-30069-5 |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>NYS Department of Taxation &<br>Finance<br>Office of Counsel<br>Building 9, W A Harriman Campus<br>Albany, NY 12227 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,219.03 | $2,219.03 |
| | Date or dates debt was incurred<br>3/1/2022 - 2/17/2023 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | All Ways Concrete Pumping, LLC | Case number *(if known)* | 23-30069-5 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

NYS Department of Taxation and Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

A1 Pumping
2682 Turnpike Road
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Rent

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Acadia Insurance Company
301 Plainield Road #250
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $370.83 |

American Rentals
480 Grant Avenue
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Bee Spider Free
5 Dennis Street
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Bowers & Company PLLC
120 Madison Street
1700 AXA Tower II
Syracuse, NY 13202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | All Ways Concrete Pumping, LLC | | Case number (if known) | 23-30069-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $334.80

Callahan Masonry Supply, Inc.
117 York Street
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Canandaigua Concrete Pumping
3961 Middle Road
Canandaigua, NY 14424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Capezza Hill, LLP
30 South Pearl Street
P-110
Albany, NY 12207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Cayuga County Water & Sewer Authority
7413 County House Road
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Central Pension Fund Intern'l Union  of
Operating Engineers & Participating Emp
4115 Chesapeake Street, NW
Washington, DC 20016

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $840.21

Cintas
7655 Henry Clay Boulevard
Liverpool, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Colonial Supplemental Insurance Co.
Premium Processing
P.O. Box 903
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice only_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | All Ways Concrete Pumping, LLC | Case number (if known) | 23-30069-5 |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Complete Payroll Processing
7488 State Route 39
P.O. Box 190
Perry, NY 14530-0190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,024.00

Costello Cooney & Fearon, PLLC
211 W. Jefferson Street
Syracuse, NY 13202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

E&V Energy
5700 NY-34
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,674.49

Excellus Health Plan
P.O. Box 5266
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance premiums

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Finger Lakes Communication
305 Clark Street
Auburn, NY 13021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,999.58

Five Star Bank
55 North Main Street
Warsaw, NY 14569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card charges

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

GPS Track It
20500 Belshaw Avenue
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Ways Concrete Pumping, LLC | Case number (if known) | 23-30069-5 |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address**
Interstate Reinforcing, Inc.
127 Blind Road
Mexico, NY 13114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $8,872.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
JLM Concrete Pumping
2857 Oneida Street
Sauquoit, NY 13456

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
Liberty Mutual Insurance
P.O. 2839
New York, NY 10116-2839

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $2,258.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Workers compensation premiums

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
Local 106 Training & Apprenticeship Fund
44 Hannay Lane
Glenmont, NY 12077

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
Montroy Development
P.O. Box 146
7884 Saintsville Road
Kirkville, NY 13082

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $2,330.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
Noco Energy
2440 Sheridan Drive
Tonawanda, NY 14150

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $14,915.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
Nordic Concrete Pumping Inc.
79 Ushers Road
Mechanicville, NY 12118

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                $3,040.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | All Ways Concrete Pumping, LLC | Case number (if known) | 23-30069-5 |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**
Northland Contracting Inc.
4735 W. Lake Road
Dunkirk, NY 14048

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
Pit Stop Convenience Stores
2737 Erie Drive
Weedsport, NY 13166

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$334.61

---

**3.29**

**Nonpriority creditor's name and mailing address**
Repair Plus LLC
2682 Turnpike Road
Auburn, NY 13021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services provided_

Is the claim subject to offset? ■ No ☐ Yes

$11,181.33

---

**3.30**

**Nonpriority creditor's name and mailing address**
Robinson Concrete
3486 Franklin Street Road
Auburn, NY 13021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.31**

**Nonpriority creditor's name and mailing address**
Sangoma US Inc.
Digium Cloud
301 North Cattlemen Road, Suite 300
Sarasota, FL 34232

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.32**

**Nonpriority creditor's name and mailing address**
Smiley's Town & Country
7368 Owasco Road
Auburn, NY 13021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.33**

**Nonpriority creditor's name and mailing address**
Sonitrol Services of New York
400 W. Division Street
Syracuse, NY 13204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | All Ways Concrete Pumping, LLC | | Case number (if known) | 23-30069-5 |
|---|---|---|---|---|
| | Name | | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Spectrum Business
Attn:  Business Services Customer Care
120 East 23rd Street, 8th Floor
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only

**Last 4 digits of account number**  2039

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Superior Plus Energy Services
P.O. Box 981045
Boston, MA 02298-1045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Notice only

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Upstate New York Engineers Health Fund
101 Intrepid Lane
P.O. Box 100 - Colvin Station
Syracuse, NY 13205

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Upstate New York Engineers Pension Fund
101 Intrepid Lane
P.O. Box 100-Colvin Station
Syracuse, NY 13205

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Upstate New York Engineers S.U.B. Fund
101 Intgrepid Lane
P.O. Box 100-Colvin Station
Syracuse, NY 13205

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Upstate New York Engineers Training Fund
5612 Business Avenue
Cicero, NY 13039

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Upstate NY Operating Engineers,Local 158
27 Hannay Lane
Glenmont, NY 12077

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| Debtor | All Ways Concrete Pumping, LLC | Case number (if known) | 23-30069-5 |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Village Ace Hardware
2701 Erie Drive
Weedsport, NY 13166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Notice only

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.36<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.37<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.38<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.39<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.10<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.23<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Blitman & King LLP<br>Franklin Center - Suite 300<br>443 North Franklin Street<br>Syracuse, NY 13204-1415 | Line  3.40<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Elan Financial Services<br>c/o U.S. Bancorp<br>4325 17th Avenue SW<br>Fargo, ND 58103 | Line  3.18<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Elan Financial Services<br>c/o U.S. Bancorp<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | Line  3.18<br>☐ Not listed. Explain ____ | _ |

| Debtor | All Ways Concrete Pumping, LLC | Case number (if known) | 23-30069-5 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | Five Star Bank/Elan Financial<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Line  3.18<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Spectrum Business<br>6931 Cherry Street Road<br>Attn:  Supervisor<br>Auburn, NY 13021 | Line  3.34<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  2,219.03 |
| **5b. Total claims from Part 2** | 5b.  + | $  63,176.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  65,395.83 |

| Fill in this information to identify the case: |
|---|
| Debtor name   All Ways Concrete Pumping, LLC |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK |
| Case number (if known)   23-30069-5 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease for portion of real property located at 2682 Turnpike Road, Auburn, New York 13021 | |
| State the term remaining | | |
| List the contract number of any government contract | | A1 Pumping, LLC<br>2682 Turnpike Road<br>Auburn, NY 13021 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Managed Services Agreement for Xerox AltaLink C8045H2 Copier; term is 60 months | |
| State the term remaining | | |
| List the contract number of any government contract | | Eastern Managed Print Network<br>1224 West Genesee Street<br>Syracuse, NY 13204 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Lease for Xerox AltaLink C8045H2 Copier; term is 60 months | |
| State the term remaining | | |
| List the contract number of any government contract | | Xerox Financial Services, LLC<br>201 Merritt 7<br>Norwalk, CT 06851 |

**Fill in this information to identify the case:**

Debtor name _____ All Ways Concrete Pumping, LLC _____

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF NEW YORK _____

Case number (if known) _____ 23-30069-5 _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | A1 Pumping | 2682 Turnpike Road Auburn, NY 13021 | Five Star Bank | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | A1 Pumping | 2682 Turnpike Road Auburn, NY 13021 | Five Star Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | A1 Pumping | 2682 Turnpike Road Auburn, NY 13021 | Five Star Bank | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Diana Sroka | 7563 Centerport Road Auburn, NY 13021 | Five Star Bank | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Diana Sroka | 7563 Centerport Road Auburn, NY 13021 | Five Star Bank | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Debtor    All Ways Concrete Pumping, LLC _____    Case number *(if known)*    23-30069-5

| ■ | **Additional Page to List More Codebtors** |
| --- | --- |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | Diana Sroka | 7563 Centerport Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Kenneth Sroka | 7563 Centerport Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Kenneth Sroka | 7563 Centerport Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Kenneth Sroka | 7563 Centerport Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Repair Plus LLC | 2682 Turnpike Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Repair Plus, LLC | 2682 Turnpike Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Repair Plus, LLC | 2682 Turnpike Road<br>Auburn, NY 13021 | Five Star Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re   All Ways Concrete Pumping, LLC                            Case No.   23-30069-5
                                                    Debtor(s)     Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | Standard Hourly Rates |
| Prior to the filing of this statement I have received | $ | $40.000.00 (Pre-Petition Services) |
| | | $20,000.00 (Retainer) |
| Balance Due | $ | N/A |

2.  $  1,738.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 3, 2023                                  /s/  Grayson T. Walter
_Date_                                         Grayson T. Walter (Bar Roll #518237)
                                               _Signature of Attorney_
                                               Bond, Schoeneck & King, PLLC
                                               One Lincoln Center
                                               Syracuse, NY 13202
                                               (315) 218-8000   Fax: (315) 218-8100
                                               gwalter@bsk.com
                                               _Name of law firm_

## United States Bankruptcy Court
### Northern District of New York

In re  All Ways Concrete Pumping, LLC

Debtor(s)

Case No.    23-30069-5

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Diana Sroka<br>7563 Centerport Road<br>Auburn, NY 13021 | | | 51% Ownership Interest |
| Kenneth  Sroka<br>7563 Centerport Road<br>Auburn, NY 13021 | | | 49% Ownership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Manager and Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March  3, 2023

Signature  /s/ Diana L. Sroka

Diana L. Sroka

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of New York

In re  <u>All Ways Concrete Pumping, LLC</u>

<u>Debtor(s)</u>

Case No.  <u>23-30069-5</u>

Chapter  <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>All Ways Concrete Pumping, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

<u>March 3, 2023</u>

Date

/s/ Grayson T. Walter

Grayson T. Walter (Bar Roll #518237)

Signature of Attorney or Litigant

Counsel for  <u>All Ways Concrete Pumping, LLC</u>

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
gwalter@bsk.com