**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| In re: | ) | Case No.: |
| --- | --- | --- |
| | ) | 23-30069-5-wak |
| All Ways Concrete Pumping, LLC | ) | |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| | ) | |

## STIPULATION AND ORDER AMENDING CASE DEADLINES

**IT IS HEREBY STIPULATED AND AGREED,** by the Debtor, by and through its counsel, Robert C. Folland, Esq., Barnes & Thornburg LLP, and the Upstate New York Engineers Health Fund, Upstate New York Engineers Pension Fund, Upstate New York Engineers S.U.B. Fund, the I.U.O.E. Local 158 Training Fund, the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, the Upstate New York Operating Engineers, Local 158 ["Funds" and "Union"], by and through their counsel, Jennifer A. Clark, Esq., Blitman & King LLP, that the following deadlines are extended to **July 13, 2023**:

    1.    The deadline under Section 727 for filing an objection to the Debtor's discharge and the deadline under Section 523 for filing a proceeding to determine the dischargeability of the Debtor's obligation to the Funds and Union to the extent that either section 727 or 523 is applicable to the Debtor's

{B0325665.1}

case, which is disputed by the Debtor;

2. The return date of the Funds' and Union's motion to strike designation of Chapter 11 case as a case under Subchapter V (Docket Nos. 86-88); and

3. The deadline for Debtor, Kenneth Sroka, Diana Sroka, and Tammy Wiggins to appear for a 2004 Examination and to produce certain documents;

on the grounds that the extension is necessary to allow the Debtor, the Funds and Union to continue to explore settlement and a consensual Plan of Reorganization.

DATED: May 26, 2023

BLITMAN & KING LLP

By: _____
Jennifer A. Clark, Esq.
Attorneys for Funds and Union
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

DATED: May 26, 2023

BARNES & THORNBURG LLP

By: _____
Robert C. Folland, Esq.
Attorneys for Debtor
Office and Post Office Address
41 S. High Street, Suite 3300
Columbus, Ohio 43215
Telephone: (614) 628-1429
E-mail: Rob.Folland@btlaw.com

###